IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SEVEN Networks, LLC, | § § | Civil Action No. 2:18-cv-00477-JRG |
| Plaintiff, | § § | |
| v. | § § | |
| Google LLC, | § § | |
| Defendant. | § § | |

**DEFENDANT GOOGLE LLC'S UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant GOOGLE LLC, without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law, files this unopposed motion for an additional extension of time in which to answer, move, or otherwise respond to Plaintiff's Complaint.

GOOGLE LLC has requested, and Plaintiff has agreed to an additional extension of GOOGLE LLC's time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, GOOGLE LLC requests an extension of time up to and including February 26, 2019.

A proposed Order accompanies this Unopposed Motion.

Dated:  November 26, 2018            Respectfully submitted,

> By: /s/ Michael E. Jones_____
> Michael E. Jones (SBN 10929400)
> mikejones@potterminton.com
> POTTER MINTON, PC
> 110 N College Ave., Ste. 500
> Tyler, TX 75702
> Telephone: (903) 597-8311
> Facsimile: (903) 593-0846

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 26, 2018.

> /s/Michael E. Jones_____